UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GONZALEZ LAMA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK N. PAZIN, et al.,<br><br>    Defendants.<br>_____/ | 1:13-cv-01230-SKO (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 3)<br><br>and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE |

On July 19, 2013, Plaintiff Victor Gonzalez Lama filed this action pursuant to 42 U.S.C. § 1983, and on July 22, 2013, Plaintiff filed a motion seeking leave to proceed in forma pauperis. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), and his motion shall be granted.

To the Warden of Giles W. Dalby Correctional Facility, 805 N. Avenue F, Post, TX, 79356:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Warden of Giles W. Dalby Correctional Facility is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is GRANTED.
2. The Warden of Giles W. Dalby Correctional Facility or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.
3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Warden of Giles W. Dalby Correctional Facility, 805 N. Avenue F, Post, TX, 79356.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   August 12, 2013                            /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE